UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FACIO,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN FIRST FINANCE, INC.,<br><br>        Defendant. | Case No. 21-cv-08184-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties have advised the Court that they have reached an agreement to settle this matter and expect to file a joint stipulation of dismissal within 120 days. (Dkt. No. 55.) Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 150 days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within 150 days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 15, 2024

                                                       /s/ Sallie Kim<br>
SALLIE KIM<br>
United States Magistrate Judge