Robert S. Green (SBN 136183)
**GREEN & NOBLIN, P.C.**
1 Blackfield Dr., #360
Tiburon, CA 94920
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

*Attorneys for Plaintiff*
LARRY FACIO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FACIO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST FINANCE, INC.<br><br>Defendant. | CASE NO.: 3:21-cv-08184-SK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Sallie Kim |

1   Plaintiff LARRY FACIO ("Plaintiff") and Defendant AMERICAN FIRST FINANCE,
2   INC. ("Defendant") hereby stipulate and agree to dismiss the above-captioned action pursuant to
3   FRCP 41 (a)(1)(A)(ii) with prejudice and without costs to either party.

**IT IS SO STIPULATED.**

Dated: July 29, 2024                **GREEN & NOBLIN, P.C.**

By:   /s/ Robert S. Green
          Robert S. Green

1 Blackfield Drive, No. 360
Tiburon, CA 94920
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Attorneys for Plaintiff
LARRY FACIO

Dated: July 29, 2024                **TROUTMAN PEPPER**
                                    **HAMILTON SANDERS LLP**

By:   /s/ Kalama M. Lui-Kwan
          Kalama M. Lui-Kwan

Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile: (415) 477.5710
kalama.lui-kwan@troutman.com

Michael Yaghi
Susan N. Nikdel
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2437
Facsimile: (949) 622-2739
michael.yaghi@troutman.com
susan.nikdel@troutman.com

Attorneys for Defendant
American First Finance, Inc.

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:21-cv-08184-SK

00129671.000

**SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document are acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

Dated: July 29, 2024         **GREEN & NOBLIN, P.C.**

By:  /s/ *Robert S. Green*
          Robert S. Green

1 Blackfield Drive, No. 360
Tiburon, CA 94920
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Attorneys for Plaintiff
LARRY FACIO

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:21-cv-08184-SK

00129671.000